**UNITED STATES DISTRICT COURT**

**DISTRICT OF MAINE**

| | | |
|---|---|---|
| JOSEPH DONAHUE, JR., | ) | |
| | ) | |
|       **PLAINTIFF** | ) | |
| | ) | |
| v. | ) | CIVIL NO. 09-180-P-H |
| | ) | |
| CLAIR CAR CONNECTION, INC.; | ) | |
| CLAIR SACO VOLKSWAGEN *dba* | ) | |
| *Clair Automotive Group*; AND | ) | |
| CLAIR FORD LINCOLN MERCURY, | ) | |
| INC., | ) | |
| | ) | |
|       **DEFENDANTS** | ) | |

**ORDER AFFIRMING RECOMMENDED DECISION
OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the court on July 31, 2010, with copies to counsel, his Recommended Decision on Defendant's Motion for Summary Judgment. Objections to the Recommended Decision were filed by the plaintiff and by the defendants on August 17, 2010. I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The defendants' motion for summary judgment is

**GRANTED** with respect to Clair Saco Volkswagen, Inc. and Clair Ford Lincoln Mercury, Inc., and otherwise is **DENIED**.

**SO ORDERED.**

**DATED THIS 9TH DAY OF SEPTEMBER, 2010**

/S/ D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**